UNITED STATES of America, Plaintiff–Appellee,

v.

Jesus TABAREZ–RAMIREZ, also known as Pablo Rodriguez, also known as Jose Jesus Tabarez–Ramirez, Defendant–Appellant.

No. 03–40390.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 23, 2004.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, Mark Michael Dowd, U.S. Attorney's Office Southern District of Texas, Brownsville, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Samy K. Khalil, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Jesus Tabarez–Ramirez (Tabarez) appeals his guilty-plea conviction and sentence for importing more than 50 kilograms of marijuana. He argues that 21 U.S.C. §§ 952 and 960(a) and (b) are un-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

constitutional in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Tabarez raises an issue that he concedes is foreclosed but seeks to preserve for further review.

This argument is foreclosed by our decision in *United States v. Slaughter*, 238 F.3d 580, 582 (5th Cir.2000). Accordingly, Tabarez's conviction and sentence are AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.